UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURELEE BIRD<br><br>　　　　Plaintiff,<br><br>-v-<br><br>ITX HEALTHCARE, LLC<br><br>　　　　Defendant. | CASE NO.: 1:19-cv-06182<br><br>Hon. Thomas M. Durkin<br><br>Hon. M. David Weisman |

## AMENDED AGREED STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE WITH LEAVE TO REINSTATE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Laurelee Bird, through undersigned counsel, and Defendant, ITX Healthcare, LLC, (collectively, "the Parties"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed, without prejudice, with leave to reinstate the case on or before January 6, 2020. On January 7, 2020, the dismissal will be entered with prejudice, with the Parties bearing their own costs and attorneys' fees.

Dated:  November 20, 2019                                   Respectfully Submitted,


*/s/ Stephanie A. Strickler*                                        /s/ *Geoff B. McCarrell*
Stephanie A. Strickler                                                Geoff B. McCarrell
Counsel for Defendant                                              Counsel for Plaintiff
Messer Strickler, Ltd.                                                Consumer Law Partners, LLC
225 W. Washington, Suite 575                                  333 N. Michigan Avenue, Suite 1300
Chicago, IL 60606                                                     Chicago, IL 60601
Phone: (312) 334-3469                                              Phone: (267) 422-1000
Email: sstrickler@messerstrickler.com                    Email:geoff.m@consumerlawpartners.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Amended Agreed Stipulation of Dismissal Without Prejudice with Leave to Reinstate* is being filed electronically with the United States District Court for the Northern District of Illinois, on this 20th day of November, 2019. Notice of this filing will be transmitted to all counsel of record by operation of the Court's electronic filing system.

                                                     */s/ Geoff B. McCarrell*
                                                   Geoff B. McCarrell
                                                   CONSUMER LAW PARTNERS, LLC